BOB L. OLSON, ESQ.
Nevada Bar No. 3783
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: olsonb@gtlaw.com

*Attorneys for Lantzman Mortgage Fund, LLC*

Electronically Filed April 21, 2009

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| In re | Case No. BK-09-15153-MKN |
|---|---|
| KIRK-HUGHES DEVELOPMENT, LLC, | Chapter 11 |
| Debtor. | **ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME FOR HEARING ON LANTZMAN MORTGAGE FUND'S MOTION: (1) FOR RELIEF FROM THE AUTOMATIC STAY; (2) TO LEAVE CUSTOTIAN IN POSSESSION; OR, ALTERNATIVELY, (3) TO ABSTAIN**<br><br>Hearing Date:   OST PENDING<br>Hearing Time:   OST PENDING |

As required by the Court, this office has contacted the parties listed below concerning the Ex Parte Application For Order Shortening Time For Hearing (the "Application") on Lantzman Mortgage Fund's Motion: (1) for Relief from the Automatic Stay, (2) to Leave Custodian in Possession or, alternatively, (3) to Abstain (the "Motion"), as indicated below:

| Contact | Date Contacted | Agree/Disagree/ No Response | E-Mail Address |
|---|---|---|---|
| Geraldine Kirk-Hughes<br>Kirk Hughes Associates<br>*Attorney for Debtor* | 4/16/09 | Disagree | gkhughes@kirkhugheslaw.com |
| Scott Farrow<br>Office of the U.S. Trustee | 4/21/09 | No Response | Scott.A.Farrow@usdoj.gov |

1

LV 418,766,517v1 4-21-09

1   DATED this 21st day of April 2009.

2                                                            GREENBERG TRAURIG, LLP

By:   */s/Bob L. Olson*
     BOB L. OLSON, ESQ.
     Nevada Bar No. 3783
     3773 Howard Hughes Parkway, Suite 400 North
     Las Vegas, Nevada  89169
     Telephone:  (702) 792-3773

*Attorneys for Lantzman Mortgage Fund, LLC*

Greenberg Traurig, LLP
Suite 500 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)