Michele Eber, Esq.
Nevada Bar No. 2696
Kevin W. Goff, Esq.
Nevada Bar No. 8470
**GOFF, DOUGLAS and EBER, P.C.**
2831 St. Rose Pkwy., Suite 225
Henderson, NV 89052
Telephone: (702) 818-1140
Facsimile: (702) 818-1141
michele@kgofflaw.com
Proposed Attorneys for Debtor,
KIRK-HUGHES DEVELOPMENT, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| KIRK-HUGHES DEVELOPMENT, LLC, | Case No.: 09-bk-15153-mkn |
| Debtor. | **Date: September 9, 2009**<br>**Time: 9:30 a.m.**<br>**NOTICE OF HEARING AND ENTRY OF ORDER** |

PLEASE TAKE NOTICE THAT an <u>Order Shortening Time for Hearing Re Debtor's Application For Authorization To Retain And Employ Goff, Douglas And Eber, P.C., As Counsel For Debtor</u> was entered by this Court on August 28, 2009, a copy of which is attached hereto. The hearing has been set for September 9, 2009.

DATED: August 29, 2009.

GOFF, DOUGLAS & EBER, PC

By: _/s/ Michele Eber_
Michele Eber, NV Bar No. 2696
2831 St. Rose Pkwy., Suite 225
Henderson, NV 89052
Telephone: (702) 818-1140

Entered on Docket
August 28, 2009

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

---

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S 09-bk-15153-mkn |
| KIRK-HUGHES DEVELOPMENT, LLC, | Chapter 11 |
| | Hearing Date: September 9, 2009 |
| Debtor(s) | Hearing Time: 9:30 A.M. |

## ORDER SHORTENING TIME

This court having considered Debtor's Motion for Order Shortening Time for Hearing on their Application to Employ and Retain GOFF, DOUGLAS and EBER P.C. as Counsel for Debtor and good cause appearing,

IT IS HEREBY ORDERED that the Motion for Order Shortening Time be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the Application to Employ and Retain GOFF, DOUGLAS and EBER P.C. as Counsel for Debtor shall be heard on shortened time by the Honorable Mike K. Nakagawa on September 9, 2009 at 9:30 A.M. in the Foley Federal Building located at 300 Las Vegas Boulevard South, Third Floor, Courtroom #2, Las Vegas, NV 89101;

1

1     IT IS FURTHER ORDERED that the Application to Employ and Retain GOFF,
2 DOUGLAS and EBER P.C. as Counsel for Debtor together with any supporting documents, and
3 this Order Shortening Time shall be served no later than one business day after the entry of the
4 Order Shortening Time. Any objections or oppositions to the Application to Employ and Retain
5 GOFF, DOUGLAS and EBER P.C. as Counsel for Debtor shall be filed by September 4, 2009.
6     IT IS SO ORDERED.

###

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2009, I caused to be served a true and correct copy of the foregoing **NOTICE OF HEARING AND ENTRY OF ORDER** re Debtor's Application for Authorization to Retain and Employ Goff, Douglas and Eber, P.C., as Counsel for Debtor, in the following manner:

**BY U.S. MAIL,** by placing a true and correct copy thereof enclosed in a sealed envelope addressed to each person on the attached MAILING MATRIX and depositing such envelopes with fully-prepaid postage thereon in the mail at Las Vegas, Nevada

By:  /s/ Michele Eber
    Michele Eber

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0978-2<br>Case 09-15153-mkn<br>District of Nevada<br>Las Vegas<br>Sat Aug 29 15:06:16 PDT 2009 | KIRK-HUGHES DEVELOPMENT, LLC<br>2551 S. FORT APACHE RD, STE 103<br>LAS VEGAS, NV 89117-8700 | LANTZMAN MORTGAGE FUND, LLC<br>c/o BOB L. OLSON, ESQ.<br>GREENBERG TRAURIG, LLP<br>3773 HOWARD HUGHES PARKWAY<br>SUITE 400 NORTH<br>LAS VEGAS, NV 89169-5956 |
| United States Bankruptcy Court<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101-5833 | ALAN & MARILYN GOLUB<br>C/O MICHAEL T HOWARD, WINSTON & CASHATT<br>601 RIVERSIDE STE. 1900<br>SPOKANE WA 99201-0627 | Allan Golub<br>250 Northwest Blvd<br>Suite 107A<br>Coeur d Alene, ID 83814-2971 |
| CIT Technology Financing Services, Inc.<br>10201 Centurion Pkwy N. #100<br>Jacksonville, FL 32256-4114 | CLARK COUNTY TREASURER<br>500 S GRAND CENTRAL PKWY<br>PO BOX 551220<br>LAS VEGAS, NV 89155-1220 | COUNTRYWIDE HOME LOANS<br>ATTN: CORRESPONDENCE UNIT<br>SV-314B<br>PO BOX 5170<br>SIMI VALLEY, CA 93062-5170 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Daniel J Elefante<br>23211 South Pointe Dr.<br>Laguna Hills, CA 92653-1478 | Delano D. Peterson and Lenore J. Peterson<br>c/o Ed Holmes, Esq.<br>P.O. Box 569<br>Hayden, Idaho 83835-0569 |
| Delano Peterson<br>1440 Jeff Road<br>Huntsville, AL 35806-1020 | Dominion Storage Group, Inc.<br>23211 South Pointe Dr.<br>Laguna Hills, CA 92653-1478 | GALLATIN GROUP<br>C/O PATTERSON, BUCHANAN & FOBES<br>2112 THIRD AVENUE, SUIE 500<br>SEATTLE, WA 98121-2391 |
| Gattatin Group<br>c/o Patterson, Buchanan & Fobes<br>2112 Third Street, Suite 500<br>Seattle, WA 98121-2326 | J. DUNCAN PITCHFORD, ESQ.<br>WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC<br>PO BOX 995<br>PADUCAH, KY 42002-0995 | KIRK-HUGHES DEVELOPMENT CDA, LLC<br>15603 MARBLE CANYON ROAD<br>HOUSTON, TX 77044-5158 |
| Kootenai County Treasurer<br>ATTN  Pat Braden<br>KC Prosecuting Attorney - Civil Division<br>PO Box 9000<br>Coeur d'Alene ID  83816-9000 | Kristin Thompson, Esq.<br>78 SW Fifth Ave<br>Suite 2<br>Meridian, ID 83642-2923 | Lantzman Mortgage Fund, LLC<br>11696 Sorrento Valley Road<br>Suite 201<br>San Diego, CA 92121-1024 |
| PAINE, HAMBLEN, COFFIN, BROOKE & MILLER<br>7021 FRONT AVENUE, SUITE 101<br>PO BOX "E"<br>COEUR D' ALENE, ID 83816-2533 | THE GALLATIN GROUP<br>2112 THIRD AVENUE, SUITE 500<br>SEATTLE, WA 98121-2326 | Tomlinson Black North Idaho, Inc.<br>1400 Northwood Center Court<br>Coeur d Alene, ID 83814-2472 |
| U.S. Attorney<br>333 Las Vegas Blvd. South<br>Suite 5000<br>Las Vegas, NV 89101-7071 | U.S. TRUSTEE - LV - 11<br>300 LAS VEGAS BOULEVARD S.<br>SUITE 4300<br>LAS VEGAS, NV 89101-5803 | DELANO PETERSON<br>c/o Santoro, Driggs, Walch, et al.<br>400 South Fourth Street, 3rd Floor<br>Las Vegas, NV 89101-6201 |
| GERALDINE KIRK-HUGHES<br>KIRK-HUGHES & ASSOCIATES<br>2551 S FORT APACHE RD, STE 103<br>LAS VEGAS, NV 89117-8700 | LENORE PETERSON<br>Santoro Driggs Walch, et al.<br>400 South Fourth St., Third Floor<br>Las Vegas, NV 89101-6201 | MICHELE EBER<br>GOFF, DOUGLAS AND EBER, PC<br>2831 ST. ROSE PKWY., STE 225<br>HENDERSON, NV 89052-4840 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | (d)Internal Revenue Service<br>Attn: Bankruptcy Unit<br>Stop 5028<br>110 City Parkway<br>Las Vegas, NV 89106 | End of Label Matrix<br>Mailable recipients    29<br>Bypassed recipients    0<br>Total    29 |