**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:  Kirk-Hughes Development, LLC | Case No.   09-15153 |
| | CHAPTER 11<br>MONTHLY OPERATING REPORT<br>(GENERAL BUSINESS CASE) |

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** Oct-09       **PETITION DATE:** 04/06/09

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in   $1

2. **Asset and Liability Structure**

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---:|---:|---:|
| a. Current Assets | $52,444 | | |
| b. Total Assets | $10,045,790 | $9,997,201 | $9,997,201 |
| c. Current Liabilities | $1,500 | | |
| d. Total Liabilities | $7,041,598 | | |

3. **Statement of Cash Receipts & Disbursements for Month**

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---:|---:|---:|
| a. Total Receipts | $4,960 | | $25,949 |
| b. Total Disbursements | $4,552 | | $0 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $408 | $0 | $25,949 |
| d. Cash Balance Beginning of Month | $5,493 | | $0 |
| e. Cash Balance End of Month (c + d) | $4,936 | $0 | $25,949 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---:|---:|---:|
| 4. **Profit/(Loss) from the Statement of Operations** | $537 | | |
| 5. **Account Receivables (Pre and Post Petition)** | $46,951 | | |
| 6. **Post-Petition Liabilities** | $1,500 | | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $0 | | |

**At the end of this reporting month:**

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | XX |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | XX |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | XX |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | XX | |
| 13. | Are a plan and disclosure statement on file? | | XX |
| 14. | Was there any post-petition borrowing during this reporting period? | | XX |

15. Check if paid: Post-petition taxes ___ ;   U.S. Trustee Quarterly Fees ___ ; Check if filing is current for: Post-petition tax reporting and tax returns: ___ .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:   6/23/2009 0:00          /s/ Geraldine Kirk-Hughes
                                 Responsible Individual

Revised 1/1/98

## STATEMENT OF OPERATIONS
### (General Business Case)
For the Month Ended _____ 10/31/09 _____

| Current Month | | | | | Cumulative | Next Month |
| Actual | Forecast | Variance | # | | (Case to Date) | Forecast |
|---|---|---|---|---|---|---|
| | | | | **Revenues:** | | |
| $3,920 | | | 1 | Gross Sales | $20,989 | $20,989 |
| | | $0 | 2 | less: Sales Returns & Allowances | $0 | $0 |
| $3,920 | | $3,920 | 3 | Net Sales | $20,989 | $20,989 |
| $0 | | $0 | 4 | less: Cost of Goods Sold (Schedule 'B') | $0 | |
| $3,920 | | $3,920 | 5 | Gross Profit | $20,989 | $20,989 |
| | | $0 | 6 | Interest | | |
| | | $0 | 7 | Other Income: | | |
| | | $0 | 8 | | | |
| | | $0 | 9 | | | |
| $3,920 | | $3,920 | 10 | Total Revenues | $20,989 | $20,989 |
| | | | | **Expenses:** | | |
| $0 | | $0 | 11 | Compensation to Owner(s)/Officer(s) | $0 | $0 |
| $1,500 | | ($1,500) | 12 | Salaries | $4,999 | |
| $0 | | $0 | 13 | Commissions | $0 | $0 |
| $0 | | $0 | 14 | Contract Labor | | $0 |
| | | | | Rent/Lease: | | |
| $0 | | $0 | 15 |  Personal Property | $0 | $0 |
| $0 | | $0 | 16 |  Real Property | $0 | $0 |
| $0 | | $0 | 17 | Insurance | $0 | $0 |
| $0 | | $0 | 18 | Management Fees | $0 | $0 |
| | | | 19 | Depreciation | | |
| | | | | Taxes: | | |
| | | $0 | 20 |  Employer Payroll Taxes | | |
| $459 | | ($459) | 21 |  Real Property Taxes | | |
| | | $0 | 22 |  Other Taxes | | |
| | | $0 | 23 | Other Selling | | |
| | | $0 | 24 | Other Administrative | | |
| | | $0 | 25 | Interest | | |
| $72 | | ($72) | 26 | Other Expenses:   Office Supplies | $0 | $0 |
| $485 | | ($485) | 27 | Telephone Service | | |
| $59 | | ($59) | 28 | City License Fee | | |
| $360 | | ($360) | 29 | Power | | |
| $388 | | ($388) | 30 | Alarm Service | | |
| $409 | | ($409) | 31 | Water | | |
| $120 | | ($120) | 32 | Lawn Service | | |
| | | $0 | 33 | | | |
| $181 | | ($181) | 34 | Trash Service | | |
| $4,033 | | ($4,033) | 35 | **Total Expenses** | $4,999 | $0 |
| ($113) | | ($113) | 36 | **Subtotal** | $15,991 | $20,989 |
| | | | | **Reorganization Items:** | | |
| | | $0 | 37 | Professional Fees | | |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | | |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | | |
| $650 | | ($650) | 41 | U.S. Trustee Quarterly Fees | | |
| | | $0 | 42 | | | |
| $650 | | $650 | 43 | **Total Reorganization Items** | $0 | $0 |
| $537 | | $537 | 44 | **Net Profit (Loss) Before Federal & State Taxes** | $15,991 | $20,989 |
| | | $0 | 45 | Federal & State Income Taxes | | |
| $537 | | $537 | 46 | **Net Profit (Loss)** | $15,991 | $20,989 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
**For the Month Ended** _10/31/09_

**Assets**

|   |   | From Schedules | Market Value |
|---|---|---|---|
|   | **Current Assets** |   |   |
| 1 | Cash and cash equivalents - unrestricted |   | $5,493 |
| 2 | Cash and cash equivalents - restricted |   | $0 |
| 3 | Accounts receivable (net) | A | $46,951 |
| 4 | Inventory | B | $0 |
| 5 | Prepaid expenses |   | $0 |
| 6 | Professional retainers |   | $0 |
| 7 | Other: |   |   |
| 8 |   |   |   |
| 9 | **Total Current Assets** |   | $52,444 |
|   | **Property and Equipment (Market Value)** |   |   |
| 10 | Real property | C | $9,988,346 |
| 11 | Machinery and equipment | D | $0 |
| 12 | Furniture and fixtures | D | $0 |
| 13 | Office equipment | D | $0 |
| 14 | Leasehold improvements | D | $0 |
| 15 | Vehicles    2007 Power Boat | D | $5,000 |
| 16 | Other: | D |   |
| 17 |   | D |   |
| 18 |   | D |   |
| 19 |   | D |   |
| 20 |   | D |   |
| 21 | **Total Property and Equipment** |   | $9,993,346 |
|   | **Other Assets** |   |   |
| 22 | Loans to shareholders |   | $0 |
| 23 | Loans to affiliates |   | $0 |
| 24 |   |   |   |
| 25 |   |   |   |
| 26 |   |   |   |
| 27 |   |   |   |
| 28 | **Total Other Assets** |   | $0 |
| 29 | **Total Assets** |   | $10,045,790 |

**NOTE:** Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# Liabilities and Equity
**(General Business Case)**

**Liabilities From Schedules**

### Post-Petition

#### Current Liabilities

| | | | | |
|---|---|---|---|---|
| 30 | Salaries and wages | | | $1,500 |
| 31 | Payroll taxes | | | |
| 32 | Real and personal property taxes | | | $0 |
| 33 | Income taxes | | | $0 |
| 34 | Sales taxes | | | $0 |
| 35 | Notes payable (short term) | | | $0 |
| 36 | Accounts payable (trade) | A | | $0 |
| 37 | Real property lease arrearage | | | $0 |
| 38 | Personal property lease arrearage | | | $0 |
| 39 | Accrued professional fees | | | $0 |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | | $0 |
| 41 | Other: | | | |
| 42 | | | | |
| 43 | | | | |
| 44 | **Total Current Liabilities** | | | $1,500 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | | $0 |
| 46 | **Total Post-Petition Liabilities** | | | $1,500 |

### Pre-Petition Liabilities (allowed amount)

| | | | | |
|---|---|---|---|---|
| 47 | Secured claims | F | | $5,590,000 |
| 48 | Priority unsecured claims | F | | $0 |
| 49 | General unsecured claims | F | | $1,450,098 |
| 50 | **Total Pre-Petition Liabilities** | | | $7,040,098 |
| 51 | **Total Liabilities** | | | $7,041,598 |

### Equity (Deficit)

| | | | |
|---|---|---|---|
| 52 | Retained Earnings/(Deficit) at time of filing | | $0 |
| 53 | Capital Stock | | $0 |
| 54 | Additional paid-in capital | | $0 |
| 55 | Cumulative profit/(loss) since filing of case | | |
| 56 | Post-petition contributions/(distributions) or (draws) | | $0 |
| 57 | | | |
| 58 | Market value adjustment | | |
| 59 | **Total Equity (Deficit)** | | $0 |
| 60 | **Total Liabilities and Equity (Deficit)** | | $7,041,598 |

Revised 1/1/98

## SCHEDULES TO THE BALANCE SHEET
**(General Business Case)**

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 - 30 Days | $8,979 | | |
| 31-60 Days | $5,019 | | |
| 61-90 Days | $3,000 | | $0 |
| 91+ Days | $29,953 | | |
| Total accounts receivable/payable | $46,951 | $0 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $46,951 | | |

### Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | Inventory Beginning of Month | |
| | | Add - | |
| Retail/Restaurants - | |   Net purchase | |
|   Product for resale | |   Direct labor | |
| | |   Manufacturing overhead | |
| Distribution - | |   Freight in | |
|   Products for resale | |   Other: | |
| | | | |
| Manufacturer - | | | |
|   Raw Materials | | | |
|   Work-in-progress | | Less - | |
|   Finished goods | |   Inventory End of Month | |
| | |   Shrinkage | |
| Other - Explain | |   Personal Use | |
| | | | |
| | | Cost of Goods Sold | $0 |
| TOTAL | $0 | | |

**Method of Inventory Control**

Do you have a functioning perpetual inventory system?
　　　Yes _____   No _____

How often do you take a complete physical inventory?

　Weekly      _____
　Monthly     _____
　Quarterly   _____
　Semi-annually _____
　Annually    _____

Date of last physical inventory was _____

Date of next physical inventory is _____

**Inventory Valuation Methods**

Indicate by a checkmark method of inventory used.

Valuation methods -
　FIFO cost              _____
　LIFO cost              _____
　Lower of cost or market _____
　Retail method          _____
　Other                  _____
　　Explain

Revised 1/1/98

**Schedule C**
**Real Property**

| Description | Cost | Market Value |
|---|---:|---:|
| Multi-Unit Storage Facility | | $1,346,360 |
| 10 Acres Rual Land with Single-Family Dwelling | | $741,986 |
| 18 Acres of Undeveloped Residental Tract Zoned Land | | $4,900,000 |
| 50 Acres of Undeveloped Lake-Front Land | | $3,000,000 |
| Water rights of 3 cubic feet per second for the benefit of the above-referenced 578 acres of real property | | |
| Total | $0 | $9,988,346 |

**Schedule D**
**Other Depreciable Assets**

| Description | Cost | Market Value |
|---|---:|---:|
| Machinery & Equipment - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Furniture & Fixtures - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Office Equipment - | | |
| | | |
| | | |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Vehicles - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |

Revised 1/1/98

## Schedule E
### Aging of Post-Petition Taxes
#### (As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

## Schedule F
### Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | $5,590,000 | $5,590,000 |
| Priority claims other than taxes | $0 | |
| Priority tax claims | $0 | |
| General unsecured claims | $1,450,098 | $20,000 |

(a)  List total amount of claims even it under secured.
(b)  Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
### Rental Income Information
### Not applicable to General Business Cases

## Schedule H
### Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | Bank of Nevada | | | |
| Account Type | Operating | | | |
| Account No. | 7501123659 | | | |
| Account Purpose | Operations | | | |
| Balance, End of Month | $5,493 | | | |
| Total Funds on Hand for all Accounts | $5,493 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
**For the Month Ended** 10/31/09

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $4,960 | $25,949 |
| 2 | Cash Received from Sales | $0 | $0 |
| 3 | Interest Received | $0 | $0 |
| 4 | Borrowings | $0 | $0 |
| 5 | Funds from Shareholders, Partners, or Other Insiders | $0 | $0 |
| 6 | Capital Contributions | $0 | $0 |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $4,960 | $25,949 |
| | **Cash Disbursements** | | |
| 13 | Payments for Inventory | | |
| 14 | Selling | | |
| 15 | Administrative | | |
| 16 | Capital Expenditures | | |
| 17 | Principal Payments on Debt | | |
| 18 | Interest Paid | | |
| | Rent/Lease: | | |
| 19 |    Personal Property | | |
| 20 |    Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 21 |    Salaries | | |
| 22 |    Draws | | |
| 23 |    Commissions/Royalties | | |
| 24 |    Expense Reimbursements | | |
| 25 |    Other | | |
| 26 | Salaries/Commissions (less employee withholding) | | |
| 27 | Management Fees | | |
| | Taxes: | | |
| 28 |    Employee Withholding | | |
| 29 |    Employer Payroll Taxes | | |
| 30 |    Real Property Taxes | | |
| 31 |    Other Taxes | | |
| 32 | Other Cash Outflows: | $4,552 | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | | | |
| 38 | **Total Cash Disbursements:** | $3,362 | $0 |
| 39 | **Net Increase (Decrease) in Cash** | $1,598 | $25,949 |
| 40 | **Cash Balance, Beginning of Period** | $3,704 | |
| 41 | **Cash Balance, End of Period** | $5,302 | $25,949 |

Revised 1/1/98

## STATEMENT OF CASH FLOWS
**(Optional) Increase/(Decrease) in Cash and Cash Equivalents**
**For the Month Ended** 10/09/09

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from Sales | $0 | |
| 2 | Rent/Leases Collected | $4,960 | |
| 3 | Interest Received | $0 | |
| 4 | Cash Paid to Suppliers | | |
| 5 | Cash Paid for Selling Expenses | | |
| 6 | Cash Paid for Administrative Expenses | | |
| | Cash Paid for Rents/Leases: | | |
| 7 |    Personal Property | $0 | |
| 8 |    Real Property | $0 | |
| 9 | Cash Paid for Interest | $0 | |
| 10 | Cash Paid for Net Payroll and Benefits | $0 | |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 |    Salaries | $0 | |
| 12 |    Draws | $0 | |
| 13 |    Commissions/Royalties | $0 | |
| 14 |    Expense Reimbursements | $0 | |
| 15 |    Other | $0 | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 |    Employer Payroll Tax | $0 | |
| 17 |    Employee Withholdings | | |
| 18 |    Real Property Taxes | | |
| 19 |    Other Taxes | | |
| 20 | Cash Paid for General Expenses | $4,552 | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | $408 | $0 |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| 30 | U.S. Trustee Quarterly Fees | | |
| 31 | | | |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | $0 | $0 |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | $408 | $0 |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | $0 | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | $0 | |
| 36 | | $0 | |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | $0 | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | $0 | |
| 40 | Capital Contributions | $0 | |
| 41 | Principal Payments | $0 | |
| 42 | | $0 | |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | $408 | $0 |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | $5,493 | |
| 46 | **Cash and Cash Equivalents at End of Month** | $5,901 | $0 |

Revised 1/1/98