# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: Kirk-Hughes Development, LLC

Case No. 09-15153

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(GENERAL BUSINESS CASE)**

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: May-10            PETITION DATE: 04/06/09

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in   $1

2. **Asset and Liability Structure**

|   | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | $63,755 | | |
| b. Total Assets | $10,057,101 | $9,997,201 | $9,997,201 |
| c. Current Liabilities | $2,990 | | |
| d. Total Liabilities | $7,043,088 | | |

3. **Statement of Cash Receipts & Disbursements for Month**

|   | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | $3,830 | | $57,196 |
| b. Total Disbursements | $2,812 | | $0 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $2,990 | $0 | $57,196 |
| d. Cash Balance Beginning of Month | $3,574 | | $0 |
| e. Cash Balance End of Month (c + d) | $3,113 | $0 | $57,196 |

|   | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | $1,018 | | |
| 5. Account Receivables (Pre and Post Petition) | $60,642 | | |
| 6. Post-Petition Liabilities | $2,990 | | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

At the end of this reporting month:

|   |   | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | XX |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | XX |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | XX |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | XX | |
| 13. | Are a plan and disclosure statement on file? | | XX |
| 14. | Was there any post-petition borrowing during this reporting period? | | XX |

15. Check if paid: Post-petition taxes ___ ;   U.S. Trustee Quarterly Fees ___ ; Check if filing is current for: Post-petition tax reporting and tax returns: ___.
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:   6/24/2010 0:00                          /s/ Geraldine Kirk-Hughes
                                                Responsible Individual

Revised 1/1/98

## STATEMENT OF OPERATIONS
### (General Business Case)
For the Month Ended _____ 05/31/10 _____

| Current Month ||| | | Cumulative | Next Month |
| Actual | Forecast | Variance | | | (Case to Date) | Forecast |
|---|---|---|---|---|---|---|
| | | | | **Revenues:** | | |
| $3,830 | | | 1 | Gross Sales | 55,981 | |
| | | $0 | 2 | less: Sales Returns & Allowances | $0 | |
| $3,830 | | $3,830 | 3 | Net Sales | $55,981 | |
| $0 | | $0 | 4 | less: Cost of Goods Sold     (Schedule 'B') | $0 | |
| $3,830 | | $3,830 | 5 | Gross Profit | $55,981 | |
| | | $0 | 6 | Interest | | |
| | | $0 | 7 | Other Income: _____ | | |
| | | $0 | 8 | _____ | | |
| | | $0 | 9 | _____ | | |
| $3,830 | | $3,830 | 10 | **Total Revenues** | $55,981 | $0 |
| | | | | **Expenses:** | | |
| $0 | | $0 | 11 | Compensation to Owner(s)/Officer(s) | $0 | $0 |
| $1,500 | | ($1,500) | 12 | Salaries | | |
| $0 | | $0 | 13 | Commissions | $0 | $0 |
| $0 | | $0 | 14 | Contract Labor | | $0 |
| | | | | Rent/Lease: | | |
| $0 | | $0 | 15 | Personal Property | $0 | $0 |
| $0 | | $0 | 16 | Real Property | $0 | $0 |
| $0 | | $0 | 17 | Insurance | $0 | $0 |
| $0 | | $0 | 18 | Management Fees | $0 | $0 |
| | | $0 | 19 | Depreciation | | |
| | | | | Taxes: | | |
| | | $0 | 20 | Employer Payroll Taxes | | |
| | | $0 | 21 | Real Property Taxes | | |
| | | $0 | 22 | Other Taxes | | |
| | | $0 | 23 | Other Selling | | |
| $0 | | $0 | 24 | Other Administrative | | |
| | | $0 | 25 | Interest | | |
| $0 | | $0 | 26 | Other Expenses:   Mortgage Payment | $0 | $0 |
| $225 | | ($225) | 27 | Telephone Service | | |
| $45 | | ($45) | 28 | Pest Control | | |
| $219 | | ($219) | 29 | Power | | |
| $150 | | ($150) | 30 | Alarm Service | | |
| $417 | | ($417) | 31 | Water | | |
| $120 | | ($120) | 32 | Lawn Service | | |
| $136 | | ($136) | 33 | Trash Service | | |
| $0 | | $0 | 34 | Equipment Service Call & Repair | | |
| $2,812 | | ($2,812) | 35 | **Total Expenses** | $0 | $0 |
| $1,018 | | $1,018 | 36 | **Subtotal** | $55,981 | $0 |
| | | | | **Reorganization Items:** | | |
| | | $0 | 37 | Professional Fees | | |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | | |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | | |
| | | $0 | 41 | U.S. Trustee Quarterly Fees | | |
| | | $0 | 42 | _____ | | |
| $0 | | $0 | 43 | **Total Reorganization Items** | $0 | $0 |
| $1,018 | | $1,018 | 44 | **Net Profit (Loss) Before Federal & State Taxes** | $55,981 | $0 |
| | | $0 | 45 | Federal & State Income Taxes | | |
| $1,018 | | $1,018 | 46 | **Net Profit (Loss)** | $55,981 | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
For the Month Ended    05/31/10

**Assets**

|  |  | From Schedules | Market Value |
|---|---|---|---|
|  | **Current Assets** |  |  |
| 1 | Cash and cash equivalents - unrestricted |  | $3,113 |
| 2 | Cash and cash equivalents - restricted |  | $0 |
| 3 | Accounts receivable (net) | A | $60,642 |
| 4 | Inventory | B | $0 |
| 5 | Prepaid expenses |  | $0 |
| 6 | Professional retainers |  | $0 |
| 7 | Other: |  |  |
| 8 |  |  |  |
| 9 | **Total Current Assets** |  | $63,755 |
|  | **Property and Equipment (Market Value)** |  |  |
| 10 | Real property | C | $9,988,346 |
| 11 | Machinery and equipment | D | $0 |
| 12 | Furniture and fixtures | D | $0 |
| 13 | Office equipment | D | $0 |
| 14 | Leasehold improvements | D | $0 |
| 15 | Vehicles    2007 Power Boat | D | $5,000 |
| 16 | Other: | D |  |
| 17 |  | D |  |
| 18 |  | D |  |
| 19 |  | D |  |
| 20 |  | D |  |
| 21 | **Total Property and Equipment** |  | $9,993,346 |
|  | **Other Assets** |  |  |
| 22 | Loans to shareholders |  | $0 |
| 23 | Loans to affiliates |  | $0 |
| 24 |  |  |  |
| 25 |  |  |  |
| 26 |  |  |  |
| 27 |  |  |  |
| 28 | **Total Other Assets** |  | $0 |
| 29 | **Total Assets** |  | $10,057,101 |

**NOTE:** Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# Liabilities and Equity
(General Business Case)

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| | | | |
|---|---|---|---:|
| 30 | Salaries and wages | | $1,500 |
| 31 | Payroll taxes | | |
| 32 | Real and personal property taxes | | |
| 33 | Income taxes | | $0 |
| 34 | Sales taxes | | $0 |
| 35 | Notes payable (short term) | | $0 |
| 36 | Accounts payable (trade) | A | $0 |
| 37 | Real property lease arrearage | | $0 |
| 38 | Personal property lease arrearage | | $0 |
| 39 | Accrued professional fees | | $0 |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | $0 |
| 41 | Other: | | $1,490 |
| 42 | | | |
| 43 | | | |
| 44 | **Total Current Liabilities** | | $2,990 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | $0 |
| 46 | **Total Post-Petition Liabilities** | | $2,990 |

**Pre-Petition Liabilities (allowed amount)**

| | | | |
|---|---|---|---:|
| 47 | Secured claims | F | $5,590,000 |
| 48 | Priority unsecured claims | F | $0 |
| 49 | General unsecured claims | F | $1,450,098 |
| 50 | **Total Pre-Petition Liabilities** | | $7,040,098 |
| 51 | **Total Liabilities** | | $7,043,088 |

**Equity (Deficit)**

| | | |
|---|---|---:|
| 52 | Retained Earnings/(Deficit) at time of filing | $0 |
| 53 | Capital Stock | $0 |
| 54 | Additional paid-in capital | $0 |
| 55 | Cumulative profit/(loss) since filing of case | |
| 56 | Post-petition contributions/(distributions) or (draws) | $0 |
| 57 | | |
| 58 | Market value adjustment | |
| 59 | **Total Equity (Deficit)** | $0 |
| 60 | **Total Liabilities and Equity (Deficit)** | $7,043,088 |

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET
(General Business Case)

## Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] |
|---|---|---|
| 0 -30 Days | $5,160 | |
| 31-60 Days | $5,295 | |
| 61-90 Days | $3,755 | |
| 91+ Days | $45,932 | |
| Total accounts receivable/payable | $60,642 | $0 |
| Allowance for doubtful accounts | | |
| Accounts receivable (net) | $60,642 | |

## Schedule B
### Inventory/Cost of Goods Sold

**Types and Amount of Inventory(ies)**

Inventory(ies) Balance at End of Month

**Cost of Goods Sold**

Inventory Beginning of Month
Add -
  Net purchase
  Direct labor
  Manufacturing overhead
  Freight in
  Other:

Retail/Restaurants -
  Product for resale

Distribution -
  Products for resale

Manufacturer -
  Raw Materials
  Work-in-progress
  Finished goods

Less -
  Inventory End of Month
  Shrinkage
  Personal Use

Other - Explain

Cost of Goods Sold

TOTAL                                $0

**Method of Inventory Control**
Do you have a functioning perpetual inventory system?
    Yes_____    No_____
How often do you take a complete physical inventory?

Weekly        _____
Monthly       _____
Quarterly     _____
Semi-annually _____
Annually      _____
Date of last physical inventory was

Date of next physical inventory is

**Inventory Valuation Methods**
Indicate by a checkmark method of inventory used.

Valuation methods -
  FIFO cost             _____
  LIFO cost             _____
  Lower of cost or market _____
  Retail method         _____
  Other                 _____
    Explain

Revised 1/1/98

**Past Due**
**Post Petition Debt**

_____ $0

_____

_____
_____
_____
_____
_____
_____
_____

_____
_____
_____ $0

_____
_____

Revised 1/1/98

**Schedule C**
**Real Property**

| Description | Cost | Market Value |
|---|---|---|
| Multi-Unit Storage Facility | | $1,346,360 |
| 10 Acres Rual Land with Single-Family Dwelling | | $741,986 |
| 18 Acres of Undeveloped Residental Tract Zoned Land | | $4,900,000 |
| 50 Acres of Undeveloped Lake-Front Land | | $3,000,000 |
| Water rights of 3 cubic feet per second for the benefit of the above-referenced 578 acres of real property | | |
| Total | $0 | $9,988,346 |

**Schedule D**
**Other Depreciable Assets**

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| Total | $0 | $0 |
| Furniture & Fixtures - | | |
| Total | $0 | $0 |
| Office Equipment - | | |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| Total | $0 | $0 |
| Vehicles - | | |
| Total | $0 | $0 |

Revised 1/1/98

Schedule E
Aging of Post-Petition Taxes
(As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

Schedule F
Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | $5,590,000 | $5,590,000 |
| Priority claims other than taxes | $0 | |
| Priority tax claims | $0 | |
| General unsecured claims | $1,450,098 | $20,000 |

(a) List total amount of claims even it under secured.
(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

Schedule G
Rental Income Information
Not applicable to General Business Cases

Schedule H
Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | Bank of Nevada | | | |
| Account Type | Operating | | | |
| Account No. | 7501123659 | | | |
| Account Purpose | Operations | | | |
| Balance, End of Month | $3,113 | | | |
| Total Funds on Hand for all Accounts | $3,113 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended    05/31/10

| | | Actual Current Month |
|---|---|---|
| | **Cash Receipts** | |
| 1 | Rent/Leases Collected | $3,830 |
| 2 | Cash Received from Sales | $0 |
| 3 | Interest Received | $0 |
| 4 | Borrowings | $0 |
| 5 | Funds from Shareholders, Partners, or Other Insiders | $0 |
| 6 | Capital Contributions | $0 |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | **Total Cash Receipts** | $3,830 |
| | **Cash Disbursements** | |
| 13 | Payments for Inventory | |
| 14 | Selling | |
| 15 | Administrative | |
| 16 | Capital Expenditures | |
| 17 | Principal Payments on Debt | |
| 18 | Interest Paid | |
| | Rent/Lease: | |
| 19 | Personal Property | |
| 20 | Real Property | |
| | Amount Paid to Owner(s)/Officer(s) | |
| 21 | Salaries | |
| 22 | Draws | |
| 23 | Commissions/Royalties | |
| 24 | Expense Reimbursements | |
| 25 | Other | |
| 26 | Salaries/Commissions (less employee withholding) | $1,500 |
| 27 | Management Fees | |
| | Taxes: | |
| 28 | Employee Withholding | |
| 29 | Employer Payroll Taxes | |
| 30 | Real Property Taxes | |
| 31 | Other Taxes | |
| 32 | Other Cash Outflows: | $1,312 |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | **Total Cash Disbursements:** | $2,812 |
| 39 | **Net Increase (Decrease) in Cash** | $1,018 |
| 40 | **Cash Balance, Beginning of Period** | $3,574 |
| 41 | **Cash Balance, End of Period** | $3,113 |

Revised 1/1/98