Timothy S. Cory, Esq.                                    **E-Filed: 7/15/10**
Nevada Bar No. 001972
Adam P. Bowler, Esq.
Nevada Bar No. 008383
TIMOTHY S. CORY & ASSOCIATES
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone:  (702) 388-1996
Facsimile:  (702) 382-7903
Tim.cory@corylaw.us

Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:                                          Case No.  09-15153-MKN

KIRK-HUGHES DEVELOPMENT, LLC                    Chapter 11

                                                Hearing Date:  September 1, 2010
                    Debtor.                     Hearing Time:  9:30 a.m.

## CERTIFICATE OF SERVICE

On July 15, 2010, I served the following documents:

**NOTICE OF HEARING ON MOTION FOR ORDER AUTHORIZING TIMOTHY S. CORY & ASSOCIATES TO WITHDRAW AS COUNSEL FOR DEBTOR and MOTION FOR ORDER AUTHORIZING TIMOTHY S. CORY & ASSOCIATES TO WITHDRAW AS COUNSEL FOR DEBTOR**

1.    I served the above-named documents by the following means to the persons listed below:

[ ]    **a.    ECF System:**

[X]    **b.    United States mail, postage fully prepaid:**

Creditors listed on the attached matrix

[ ]    **c.    Personal Service:**

TIMOTHY S. CORY & ASSOCIATES
8831 W. Sahara Avenue
Las Vegas, Nevada 89117
Tel: (702) 388-1996
Fax: (702) 382-7903

- 1 -

[ ] For a party represented by an attorney, delivery was made by handing the documents to the attorney or by leaving the documents at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents in a consicuous place in the office.

[ ] For a party, delivery was made by handing the documents to the party or by leaving the documents at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

[ ]    **d.**    **By direct email:**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the documents to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]    **e.**    **By fax transmission:**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the documents to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

[ ]    **f.**    **By messenger:**

I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.  (A declaration by the messenger must be attached to this Certificate of Service).

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:  July 15, 2010


*/s/ Annabelle Ebiya                    .*
Annabelle Ebiya
An employee of
Timothy S. Cory & Associates

TIMOTHY S. CORY & ASSOCIATES
8831 W. Sahara Avenue
Las Vegas, Nevada 89117
Tel: (702) 388-1996
Fax: (702) 382-7903

- 2 -

KIRK-HUGHES DEVELOPMENT, LLC
2551 S. FORT APACHE RD, STE 103
LAS VEGAS, NV 89117-8700

LANTZMAN MORTGAGE FUND, LLC
c/o BOB L. OLSON, ESQ.
GREENBERG TRAURIG, LLP
3773 HOWARD HUGHES PARKWAY
SUITE 400 NORTH
LAS VEGAS, NV 89169-5956

United States Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101-5833

ALAN & MARILYN GOLUB
C/O MICHAEL T HOWARD, WINSTON & CASHATT
601 RIVERSIDE STE. 1900
SPOKANE  WA 99201-0627

Allan Golub
250 Northwest Blvd
Suite 107A
Coeur d Alene, ID 83814-2971

CIT Technology Financing Services, Inc.
10201 Centurion Pkwy N. #100
Jacksonville, FL 32256-4114

CLARK COUNTY TREASURER
500 S GRAND CENTRAL PKWY
PO BOX 551220
LAS VEGAS, NV 89155-1220

COUNTRYWIDE HOME LOANS
ATTN: CORRESPONDENCE UNIT
SV-314B
PO BOX 5170
SIMI VALLEY, CA 93062-5170

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Daniel J Elefante
23211 South Pointe Dr.
Laguna Hills, CA 92653-1478

Delano D. Peterson and Lenore J. Peterson
c/o Ed Holmes, Esq.
P.O. Box 569
Hayden, Idaho 83835-0569

Delano Peterson
1440 Jeff Road
Huntsville, AL 35806-1020

Dominion Storage Group, Inc.
23211 South Pointe Dr.
Laguna Hills, CA 92653-1478

GALLATIN GROUP
C/O PATTERSON, BUCHANAN & FOBES
2112 THIRD AVENUE, SUIE 500
SEATTLE, WA 98121-2391

Gattatin Group
c/o Patterson, Buchanan & Fobes
2112 Third Street, Suite 500
Seattle, WA 98121-2326

J. DUNCAN PITCHFORD, ESQ.
WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC
PO BOX 995
PADUCAH, KY 42002-0995

KIRK-HUGHES DEVELOPMENT CDA, LLC
15603 MARBLE CANYON ROAD
HOUSTON, TX 77044-5158

Kootenai County Treasurer
ATTN  Pat Braden
KC Prosecuting Attorney - Civil Division
PO Box 9000
Coeur d'Alene ID  83816-9000

Kristin Thompson, Esq.
78 SW Fifth Ave
Suite 2
Meridian, ID 83642-2906

Lantzman Mortgage Fund, LLC
11696 Sorrento Valley Road
Suite 201
San Diego, CA 92121-1024

PAINE HAMBLEN LLP
717 W. SPRAGUE, SUITE 1200
SPOKANE, WA 99201-3905

PAINE, HAMBLEN, COFFIN, BROOKE & MILLER
7021 FRONT AVENUE, SUITE 101
PO BOX "E"
COEUR D' ALENE, ID 83816-2533

THE GALLATIN GROUP
2112 THIRD AVENUE, SUITE 500
SEATTLE, WA 98121-2326

Tomlinson Black North Idaho, Inc.
1400 Northwood Center Court
Coeur d Alene, ID 83814-2472

U.S. Attorney
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, NV 89101-7071

U.S. TRUSTEE - LV - 11
300 LAS VEGAS BOULEVARD S.
SUITE 4300
LAS VEGAS, NV 89101-5803

DELANO PETERSON
c/o Santoro, Driggs, Walch, et al.
400 South Fourth Street, 3rd Floor
Las Vegas, NV 89101-6201

GERALDINE KIRK-HUGHES
KIRK-HUGHES & ASSOCIATES
2551 S FORT APACHE RD, STE 103
LAS VEGAS, NV 89117-8700

LENORE PETERSON
Santoro Driggs Walch, et al.
400 South Fourth St., Third Floor
Las Vegas, NV 89101-6201

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

(d)Internal Revenue Service
Attn: Bankruptcy Unit
Stop 5028
110 City Parkway
Las Vegas, NV 89106